**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6548**

DOMAINE MARTIN,

            Petitioner - Appellant,

      v.

JOHN J. LAMANNA, Warden,

            Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Henry F. Floyd, District Judge. (0:08-cv-00443-HFF)

Submitted:  October 15, 2009        Decided:  October 19, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Domaine Martin, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Domaine Martin, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Martin v. LaManna, No. 0:08-cv-00443-HFF (D.S.C. Mar. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED